DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CRISTIAN LEON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0902

[December 17, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sherri L. Collins, Judge; L.T. Case No. 50-2023-CF-007011-AXXX-MB.

Daniel Eisinger, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Rachael Kaiman, Senior Assistant Attorney General, West Palm Beach, for appellee.

### _On Motion for Rehearing_

We grant the defendant's motion for rehearing in part. We vacate our prior opinion and substitute the following in its place.

PER CURIAM.

_Affirmed. See Maye v. State_, 368 So. 3d 531, 532 (Fla. 6th DCA 2023), _review granted_, No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024).

MAY, GERBER and CONNER, JJ., concur.

\*        \*        \*

_Not final until disposition of timely-filed motion for rehearing._